156 F.3d 1224
 James T. Gibbone, II
v.
Donald Lewis, Henry Jackson, Joseph Zappasodi, Dr., M.D.,
Muzaffar Ahmad, Dr., M.D., Amos, First Name Unknown, Sidney
Boyer, Elizabeth Fone, Bernard Howard, Jan Sochalski, Marge
Dunlap, Judy Rausch, Wasco, First Name Unknown, Caldero,
First Name Unknown, Gibson, First Name Unknown, Stevens,
First Name Unknown, Jane Does, 1-20, John Does, Adams, First
Name Unknown, Battles, First Name Unknown, Groble, First Name Unknown
 NO. 97-5666
 United States Court of Appeals,
Third Circuit.
 May 13, 1998
 Appeal From: D.N.J. ,No.95457
 
 1
 Reversed.